# EXHIBIT A

## APRIL DUCKER

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT | Ricky Martin | I Count The Minutes | Ricky Martin | 278-159 |
| SONY BMG MUSIC ENTERTAINMENT | Babyface | You Are So Beautiful | For The Cool In You | 184-540 |
| UMG Recordings, Inc. | U2 | I Still Haven't Found What I'm Looking For | The Joshua Tree | 78-949 |
| Arista Records LLC | Whitney Houston | Step By Step | Preacher's Wife Soundtrack | 242-260 |
| Warner Bros. Records Inc. | Red Hot Chili Peppers | Scar Tissue | Californication | 174-922 |
| Capitol Records, Inc. | Norah Jones | The Nearness of You | Come Away With Me | 320-120 |
| Capitol Records, Inc. | Blondie | One Way Or Another | Parallel Lines | 4-090 |
| BMG Music | Lit | My Own Worst Enemy | A Place in the Sun | 264-272 |
| UMG Recordings, Inc. | U2 | Sunday Bloody Sunday | War | 42-944 |