UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

BMG Music, et al.

v. C.A. No. 06-184S

April Ducker

**SHOW CAUSE ORDER**

On or before **September 15, 2006**, the plaintiffs are hereby ordered to show cause, in writing, why this case should not be dismissed for lack of prosecution. Failureto comply will result in dismissal.

By Order,

Deputy Clerk

ENTER:

William E. Smith
United States District Judge

Date: 8/28/06