UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| BMG MUSIC, et al<br><br>Plaintiffs,<br><br>v.<br><br>APRIL DUCKER,<br><br>Defendant. | Civil No. CA 06-184S<br><br>Judge WILLIAM SMITH |

**PLAINTIFFS' RESPONSE TO COURT'S ORDER TO SHOW CAUSE**

Plaintiffs, BMG, MUSIC, et al, by and through their undersigned counsel, respectfully respond to this Court's Order of August 28, 2006 as to why this case should not be dismissed.

Defendant, April Ducker was served with the Complaint with regard to the above-captioned case on July 20, 2006. Thereafter on August 10, 2006, Plaintiff's filed the executed Return of Service with this Honorable Court. Plaintiff's are in the process of drafting default documents and conducting the required military service check and therefore seek a two (2) week extension of time in which to file said Default documents with the Court

WHEREFORE, Plaintiffs respectfully request this Honorable Court not dismiss the above-captioned case.

Respectfully submitted,

Dated: September 15, 2006

/s/ James E. O'Neil, Esq.

James E. O'Neil (RI Bar # 2097)
The Meadows, Suite A103
1130 Ten Rod Road
North Kingstown, RI 02852
Phone (401) 667-7111
Fax (401) 667-7112

Attorney for Plaintiffs