UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

BMG MUSIC, a New York general partnership, et al

Plaintiffs,

Vs. Civil No. CA 06-184S

APRIL DUCKER

Defendant

# DEFENDANT'S ANSWER

1. Admit.
2. Admit.
3. Denied.
4. Without sufficient information, therefore it is denied.
5. Without sufficient information, therefore it is denied.
6. Without sufficient information, therefore it is denied.
7. Without sufficient information, therefore it is denied.
8. Without sufficient information, therefore it is denied.
9. Without sufficient information, therefore it is denied.
10. Without sufficient information, therefore it is denied.
11. Denied.
12. Without sufficient information, therefore it is denied.
13. Without sufficient information, therefore it is denied.
14. Denied.

15. Without sufficient information, therefore it is denied.

16. Denied.

17. Denied.

18. Denied.

WHEREFORE Defendant requests that this Honorable Court dismiss this claim and award her her costs and her attorney's fees.

APRIL DUCKER
By her attorney,

Christopher S. Gontarz, Esq. #3124
UPDEGROVE & GONTARZ, LTD.
314 Oliphant Lane
Middletown, RI 02842
(401) 847-5684

**CERTIFICATION OF SERVICE**

I hereby certify that, on the 18th day of December, 2006, I did send, by facsimile and regular mail, postage prepaid, a copy of the within Defendant's Answer James O'Neil, Esq., The Meadows, Suite A103, 1130 Ten Rod Road, North Kingstown, RI 02852.