**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

BMG MUSIC, a New York general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; UMG RECORDINGS, INC., a Delaware corporation; CAPITOL RECORDS, INC., a Delaware corporation; and WARNER BROS. RECORDS INC., a Delaware corporation,

Plaintiffs,

v.

APRIL DUCKER,

Defendant.

Civil No. 1: 06-cv-00184-S-LDA

**ELEMENTS OF PLAINTIFFS' CLAIMS**

Plaintiffs BMG Music, *et al.* ("Plaintiffs"), pursuant to this Court's Notice of December 20, 2006, respectfully submit the following statement enumerating the elements of Plaintiffs' claim for copyright infringement:

The Copyright Act grants the copyright owner of a sound recording the exclusive rights to, among other things, "reproduce the copyrighted work in copies or phonorecords" and "distribute copies or phonorecords of the copyrighted work to the public." 17 U.S.C. § 106(1) and (3). In order to prevail in their claim for copyright infringement against Ms. Ducker, Plaintiffs must prove (1) that they own the copyrights in the sound recordings at issue (see Exhibits A and B to the Complaint) and (2) that Ms. Ducker copied or distributed those copyrighted sound recordings. Feist Publ'ns, Inc. v. Rural Tel. Serv. Co., 499 U.S. 340, 361 (U.S. 1991); 4 M. & D. Nimmer, NIMMER ON COPYRIGHT § 13.01, at 13-5 & n.4 (2002) ("Nimmer")

("Reduced to most fundamental terms, there are only two elements necessary to the Plaintiffs' case in an infringement action: ownership of the copyright by the plaintiff and copying [or public distribution or public display] by the defendant."). Plaintiffs need not, however, demonstrate Ms. Ducker's intent to infringe, or even knowledge of infringement, in order to prove copyright infringement. Chavez v. Arte Publico Press, 204 F.3d 601, 607 (5th Cir. 2000) ("Copyright infringement actions, like those for patent infringement, ordinarily require no showing of intent to infringe.").

Respectfully submitted,

Dated: 1/10/07

By: /s/ James E. O'Neil

James E. O'Neil (RI Bar # 2097)
The Meadows, Suite A103
1130 Ten Rod Road
North Kingstown, RI 02852
Phone (401) 667-7111
Fax (401) 667-7112

Attorney for BMG MUSIC; ARISTA RECORDS LLC; SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; CAPITOL RECORDS, INC.; and WARNER BROS. RECORDS INC.

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 10th day of January, 2007, a copy of the foregoing **ELEMENTS OF PLAINTIFFS' CLAIMS** was served upon the Defendant via United States Mail as follows:

CHRISTOPHER GONTARZ
UPDERGROVE & GONTARZ, LTD
314 Oliphant Lane
Middletown, RI 02842
*Attorney for Defendant*

/s/ James E. O'Neil
James E. O'Neil (RI Bar # 2097)
The Meadows, Suite A103
1130 Ten Rod Road
North Kingstown, RI 02852