UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| BMG MUSIC, a New York general partnership; ARISTA RECORDS LLC, a Delaware limited Liability company; SONY BMG MUSIC ENTERTAINMENT, a Delaware general Partnership; UMG RECORDINGS, INC., a Delaware corporation; CAPITOL RECORDS, INC., a Delaware corporation; and WARNER BROS. RECORDS INC., a Delaware corporation, | Civil No. 1: 06-cv-00184-S-LDA |
| Plaintiffs, | |
| v. | |
| APRIL DUCKER, | |
| Defendant. | |

## DEFENDANT'S DEFENSE OF PLAINTIFFS' CLAIMS

Defendant April Ducker, pursuant to this Court's Notice of December 20, 2006, respectfully submits the following statement of defense to Plaintiff's claim for copyright infringement.

The Copyright Act grants the copyright owner certain rights as enumerated in 17 U.S.C. § 106. Plaintiff has failed to provide registration certificates as indicia of registration of copyright. Further, whether defendant's alleged use of the disputed materials constitutes fair use (see Universal City Studios v. Sony Corp., 464 U.S. 417 (1984) is at issue. The sources of availability of the materials at issue and whether the alleged violation(s) are permanently maintained are relevant to the question of reproduction in violation of 17 U.S.C. § 106 (1) as alleged by plaintiffs. Defendant avers that the nature of the media is transitory in nature and

therefore there is no violation of the applicable statute.

Respectfully Submitted,

Dated: 1/11/07

By: /s/Christopher S. Gontarz
Christopher S. Gontarz (Bar #3124)
Updegrove & Gontarz, Ltd.
314 Oliphant Lane
Middletown, RI 02842
Phone: (401) 847-5684
Fax: (401) 846-2710

Attorney for April Ducker

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 11th day of January, 2007, a copy of the foregoing DEFENDANT'S DEFENSE OF PLAINTIFFS' CLAIMS was served upon Defendant via United States First Class Mail as follows:

JAMES E. O'NEIL
The Meadows, Suite A103
1130 Ten Rod Road
North Kingstown, RI 02852

/s/ Christopher S. Gontarz
Christopher S. Gontarz (RI Bar #3124)
Updegrove & Gontarz, Ltd.
314 Oliphant Lane
Middletown, RI 02842