**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

BMG MUSIC, a New York general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; UMG RECORDINGS, INC., a Delaware corporation; CAPITOL RECORDS, INC., a Delaware corporation; and WARNER BROS. RECORDS INC., a Delaware corporation,

Plaintiffs,

v.

April Ducker,

Defendant.

Civil No. 1: 06-cv-00184-S-LDA

Judge William E. Smith

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to FED. R. CIV. P. 41(a)(1)(ii), Plaintiffs BMG MUSIC, *et al.*, and Defendant April Ducker, by and through their attorneys, respectfully and jointly submit this Stipulation of Dismissal of this action with prejudice, each party to bear its/her own costs and fees. The parties request that the Clerk of Court now close this case.

Case 1:06-cv-00184-S-LDA Document 9 Filed 03/09/2007 Page 2 of 2

James E. O'Neil (RI Bar # 2097)
The Meadows, Suite A103
1130 Ten Rod Road
North Kingstown, RI 02852
Phone (401) 667-7111
Fax (401) 667-7112

Attorney for BMG MUSIC; ARISTA RECORDS LLC; SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; CAPITOL RECORDS, INC.; and WARNER BROS. RECORDS INC.

Christopher Gontarz
UPDERGROVE & GONTARZ, LTD
314 Oliphant Lane
Middletown, RI 02842
State Bar No. 5124
Telephone: (401)847-5684
Facsimile: (401)846-2710

Attorneys for Defendant